**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-7222**

---

JOHN P. BROWN,

                              Plaintiff - Appellant,

     versus

SPARTANBURG COUNTY DETENTION FACILITY; LARRY
W. POWERS, Director,

                              Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Charles E. Simons, Jr., Senior Dis-
trict Judge. (CA-98-3151-3-6-BC)

---

Submitted: January 20, 2000       Decided: January 28, 2000

---

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

John P. Brown, Appellant Pro Se. William Benson Darwin, Jr., HOL-
COMBE, BOMAR, GUNN & BRADFORD, P.A., Spartanburg, South Carolina,
for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John P. Brown appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See Brown v. Spartanburg County Detention Facility</u>, No. CA-98-3151-3-6-BC (D.S.C. Aug. 25, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>